AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Kramer, Kenneth B. | 2. Court or Organization  US Court of Appeals for Veterans Claims | 3. Date of Report  04/1/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  senior judge | 5a. Report Type (check appropriate type)  ☐ Nomination    Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2011 to 12/31/2011 |

**7. Chambers or Office Address**

625 Indiana Av, NW
Suite 900
Washington, DC 20004-2950

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | United States Association of Former Members of Congress |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Kramer, Kenneth B.** | 04/1/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | American Express | credit card | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kramer, Kenneth B. | 04/1/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. USAA Tax Exempt Money Market Fund | A | Dividend | | | Sold | 02/02/11 | J | | |
| 2. USAA Federal Savings Bank | A | Interest | K | T | | | | | |
| 3. Partnership Federal Credit Union | A | Interest | K | T | | | | | |
| 4. USAA Tax Exempt Short Term Fund # 2 | A | Dividend | K | T | | | | | |
| 5. Invesco (formerly Van Kampen) Comstock Fund | B | Dividend | L | T | | | | | |
| 6. Fidelity Growth & Income Fund | A | Dividend | K | T | | | | | |
| 7. IRA #1 | B | Dividend | M | T | | | | | |
| 8. -T Rowe Price (TRP) Summit Fund | | | | | | | | | |
| 9. -TRP Mid Cap Value Fund | | | | | | | | | |
| 10. 401K | | | N | T | | | | | |
| 11. --TRP Growth Stock Trust Fund | | | | | | | | | |
| 12. -TRP International Stock Fund | | | | | | | | | |
| 13. -TRP Mid Cap Growth Fund | | | | | | | | | |
| 14. -TRP Small Cap Value Fund | | | | | | | | | |
| 15. -TRP Stable Value Common Trust Fund | | | | | | | | | |
| 16. -TRP Growth & Income Trust | | | | | | | | | |
| 17. -TRP Equity Index Trust | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  -TRP New Income Fund | | | | | | | | | |
| 19.  IRA#2 Vanguard (V) Healthcare Fund | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kramer, Kenneth B. | 04/1/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

/21/3VII. 401K: TRP does not report earnings for this holding

VII.

USAA Tax Exempt Short Term Fund #3 A div K T buy: 2/2/11 K, 3/2/11 J, 3/4/11 J, 3/21/11 J, 5/3/11 J, 6/1/11 J, 7/5/11 J, 8/1/11 J, 9/1/11 J, 11/21/11 J, 12/1/11 J B
USAA Tax Exempt Short Term Fund #4 B div L T buy: 2/17/11 J, 3/21/11 J, 5/9/11 J, 11/1/11 J, 12/1/11 J  (Y-not included on 2010 report: B div K T buy: 6/29/10 J)


IRA#3 V High Yield Corporte Fund  D div L T

V Intermediate Tax Exempt Bond Fund # 1 D div N T
V 500 Index Fund B div K T
V Windsor ll Fund A div K T
V Limited Term Tax Exempt Fund A div K T buy  8/1/11 K
V Intermediate Term Tax Exempt Bond Fund # 2 A div N T
V Tax Exempt Money Market Fund A div L T sold 8/1/11
V Intermediate Term Tax Exempt Bond Fund # 3 D div M

IRA #4 D div N T

-V Strategic Equity Fund
-V Dividend Appreciation Index Fund
-V Emerging Markets Stock Index Fund
-V Primecap Fund buy 7/13/11 J
-V Reit Index Fund buy
-V  Small Cap Index Fund partial sell 7/13/11 J
-V Total International Stock Index Fund
-V Total Stock Market Index Fund buy: 7/13/11 J, 10/24/11 J
-V Life Strategy Moderate Growth Fund sell 10/24/11 K
-V Wellesley Income Fund buy 10/24/11 J
-V Wellington Fund buy 10/24/11 J
-V High Yield Corporate Fund
-V Intermediate Term Bond Index Fund buy: 7/13/11 J, 10/24/11 J
-V Energy Fund buy 10/24/11 J
-V Health Care Fund buy 10/24/11 J
-V Precious Metals & Mining Fund buy 10/24/11 J

Rental Property # 1, Honolulu, Hi C rent M W (Y-not included on 2010 report: C rent M W
Rental Property #2, Boca Raton, Fl (X) A rent K W

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Kenneth B. Kramer**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544